IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIBAT O. OLUDE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA THROUGH DEPARTMENT OF HEALTH AND HUMAN SERVICES, HARON KOHSTANI, individually;<br><br>　　　　　Defendants. | 4:13CV3166<br><br>**ORDER** |

　　　　After conferring with the parties,

　　　　IT IS ORDERED:

1)　　　The trial and pretrial conference are continued pending further order of the court.

2)　　　The discovery and deposition deadline is extended to July 2, 2014. Any motions to compel shall be filed on or before July 2, 2014.

3)　　　The deadline for filing motions to dismiss and motions for summary judgment is extended to July 9, 2014.

4)　　　The clerk shall set a case management deadline of October 15, 2014 for setting a new trial date.

April 29, 2014.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge